

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 10, 2025

SO ORDERED.

/s/ Jose R. Almonte

Hon. Jose R. Almonte, U.S.M.J.
Date: October 14, 2025

**VIA ECF**
Honorable Jose R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Halozyme, Inc. v. Merck Sharp & Dohme LLC*
    Civil Action No. 2:25-cv-03179 (ES) (JRA)

Dear Judge Almonte:

This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Halozyme, Inc. in the above-referenced matter. Together with Defendant Merck Sharp & Dohme LLC ("Merck"), we respectfully request a brief extension of today's deadline to submit the proposed Joint Discovery Plan ("JDP") until Tuesday, October 14.

As the Court is aware, in this patent infringement action, Halozyme alleges that Merck's current and/or imminent manufacture, use, sale, offers to sell, and/or importation of its Keytruda Qlex product infringes each of United States Patent Nos. 10,865,400, 11,041,149, 11,066,656, 11,952,600, 12,018,298, 12,037,618, 12,049,652, 12,054,758, 12,077,791, 12,091,692, 12,104,185, 12,110,520, 12,152,262, 12,195,773, and 12,264,345 (the "Asserted Patents."). Merck has filed Post Grant Review proceedings ("PGRs") before the Patent Trial and Appeal Board ("PTAB") against 12 of the 15 Asserted Patents; the three unchallenged patents (U.S. Patent Nos. 10,865,400, 11,041,149, and 11,066,656) are not eligible for PGR. PGRs against 7 of the Asserted Patents have been instituted, and the PTAB will render a Final Written Decision ("FWD") on the first instituted PGR (as to U.S. Patent No. 11,952,600) no later than June 2, 2026.

The parties are currently conferring regarding a potential stay of the litigation until after issuance of the first FWD as well as the limited discovery that would be permitted during the stay. The parties require additional time to complete those negotiations, and thus respectfully request that today's deadline be extended until October 14, at which time the parties anticipate submitting either a Stipulation and proposed Order, or if unable to reach agreement, the JDP.

If the requested brief extension is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. We thank the Court for its consideration of the attached and are available should Your Honor or Your Honor's staff have any questions or need anything further.

October 10, 2025
Page 2

                                            Respectfully submitted,

                                            *s/Liza M. Walsh*

                                            Liza M. Walsh

cc:      All Counsel of Record (via ECF and E-Mail)