

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 14, 2025

**VIA ECF**
Honorable Jose R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Halozyme, Inc. v. Merck Sharp & Dohme LLC*
             Civil Action No. 2:25-cv-03179 (ES) (JRA)

Dear Judge Almonte:

      This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiff Halozyme, Inc. ("Halozyme") in the above-referenced matter. Together with Defendant Merck Sharp and Dohme LLC ("Merck"), and pursuant to the Court's Order (Dkt. No. 37), we respectfully submit this status update for the Court's consideration.

      Merck has agreed to produce:

    a) Merck's Biologics License Application ("BLA") 761467 Modules 2 and 3;
    b) 15 unexpired vials of Merck's 2.4mL 395mg KEYTRUDA QLEX™ product and 15 unexpired vials of Merck's 4.8mL, 790mg KEYTRUDA QLEX™ product ("Keytruda Samples");
    c) Merck's license agreement, and any amendments thereto with Alteogen, Inc. ("Alteogen"), and
    d) Documents located after a targeted search, to the extent any exist, regarding materials that Alteogen initially provided to Merck to consider its partnership prior to entering confidential negotiations (e.g., PowerPoint presentation, testing data, berahyaluronidase-alfa development history etc.).

Merck has confirmed that it expects to produce the materials set forth in (a), (c), and (d) by November 24, 2025[1], and expects to produce the KEYTRUDA QLEX™ samples by the end of November. The parties have agreed to the enclosed Stipulation and proposed Order ("Proposed Order") governing the confidentiality of Merck's productions.

---

[1] To the extent Merck does not produce the materials by November 24, 2025, the parties will promptly update the Court and the parties agree, subject to Court approval, that the deadline for Halozyme to submit the Letters Rogatory and for the parties to submit their position as to the potential administrative stay of this action shall be extended.

Honorable Jose R. Almonte, U.S.M.J.
November 14, 2025
Page 2

      In light of the November 24, 2025 production deadline, Halozyme expects to be in a position to submit Letters Rogatory pursuant to the Hague Convention seeking discovery as to Alteogen by December 19, 2025.

      Accordingly, the parties respectfully request permission to submit a further status update as to the foregoing, as well as their positions regarding the potential administrative stay of this action, on January 7, 2026.

      If the foregoing meets with Your Honor's approval, we respectfully request that the Proposed Order be executed and entered on the docket and that Your Honor "So Order" the proposed deadlines set forth above. We thank the Court for its consideration of the attached and are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF and E-Mail)

**It is on this __17th___ day of November, 2025 SO ORDERED.**

_____
**Hon. José R. Almonte, U.S.M.J.**